**LITTLER MENDELSON, P.C.**
A Professional Corporation
One Newark Center, 8th Floor
Newark, NJ 07102
973.848.4700
Attorneys for Defendant
  *Eastern Connection Operating, Inc. d/b/a Dicom*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEISHA RAYSIDE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>EASTERN CONNECTION OPERATING, INC., individually and d/b/a DICOM,<br><br>　　　　　　Defendant. | Civil Action No. 1:19-cv-01759<br><br>**DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>**Electronically Filed** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Eastern Connection Operating, Inc. d/b/a Dicom ("Defendant" or "Dicom") states:

1. It is privately held and has no parent company.

2. No publicly traded corporation owns 10% or more of Dicom's stock.

　　　　　　　　　　　　　　　　By: _s/ Ivan R. Novich_
　　　　　　　　　　　　　　　　　　Ivan R. Novich, Esq.
　　　　　　　　　　　　　　　　　　LITTLER MENDELSON, PC
　　　　　　　　　　　　　　　　　　One Newark Center, 8th Floor
　　　　　　　　　　　　　　　　　　Newark, NJ 07102
　　　　　　　　　　　　　　　　　　973.848.4700
　　　　　　　　　　　　　　　　　　inovich@littler.com

　　　　　　　　　　　　　　　　　　Attorneys for Defendant
Dated: June 4, 2019　　　　　　　　*Eastern Connection Operating, Inc. d/b/a*
Newark, New Jersey　　　　　　　　*Dicom*

**CERTIFICATION OF SERVICE**

I hereby certify under penalty of perjury that on this date I caused a true and exact copy of the foregoing Corporate Disclosure Statement to be electronically served on Plaintiff via ECF service to Erica L. Shnayder, Esq., Phillips & Associates, Attorneys at Law, PLLC, 45 Broadway, Suite 620, New York, New York 10004, attorney for Plaintiff Keisha Rayside.

                                        *s/ Ivan R. Novich*
                                          Ivan R. Novich

Dated: June 4, 2019
Newark, New Jersey

FIRMWIDE:164732754.1 093474.1005