UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEISHA RAYSIDE,<br><br>    Plaintiff<br><br>v.<br><br>EASTERN CONNECTION OPERATIONS, INC., individually and d/b/a DICOM, and CAPSTONE LOGISTICS, LLC,<br><br>    Defendants. | Index No. 2:19-cv-01759-NGG-CLP<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Capstone Logistics, LLC, hereby certifies as follows:

Defendant Capstone Logistics, LLC is a limited liability corporation organized under the laws of Delaware. No publicly held corporation owns 10% or more of its stock.

> By: */s/ Colleen P. Tandy*
> Colleen P. Tandy
> **FISHER & PHILLIPS LLP**
> 430 Mountain Avenue, Suite 303
> Murray Hill, New Jersey 07974
> Phone: (908) 516-1050
> E-mail: ctandy@fisherphillips.com
> Attorneys for Defendant Capstone Logistics, LLC

Dated: July 16, 2019