**LITTLER MENDELSON, P.C.**
A Professional Corporation
One Newark Center, 8th Floor
Newark, NJ 07102
973.848.4700
Attorneys for Defendant
 *Eastern Connection Operating, Inc. d/b/a Dicom*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEISHA RAYSIDE,<br><br>Plaintiff,<br><br>vs.<br><br>EASTERN CONNECTION OPERATING, INC., individually and d/b/a DICOM, and CAPSTONE LOGISTICS, LLC,<br><br>Defendants. | Civil Action No. 2:19-cv-01759<br><br>**DEFENDANT'S AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>**Electronically Filed** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Eastern Connection Operating, Inc. d/b/a Dicom ("Defendant" or "Dicom") states that it is wholly owned by AT Group US, LLC. AT Group US, LLC is the only parent corporation owning 10% or more of the stock of Dicom.

          ___*/s/ Ivan R. Novich*_____
          Ivan R. Novich
          LITTLER MENDELSON, PC
          Attorneys for Defendant, *Eastern Connection Operating, Inc., d/b/a Dicom*

Dated: September 25, 2019

# CERTIFICATION OF SERVICE

I hereby certify under penalty of perjury that on this date I caused a true and exact copy of the foregoing Amended Corporate Disclosure Statement to be electronically served on Plaintiff via ECF service to Erica L. Shnayder, Esq., Phillips & Associates, Attorneys at Law, PLLC, 45 Broadway, Suite 620, New York, New York 10004, attorney for Plaintiff Keisha Rayside, and on Defendant, Capstone Logistics, LLC, via ECF service to Colleen P. Tandy, Fisher & Phillips, 430 Mountain Avenue, Murray Hill, New Jersey 07974.

*s/ Ivan R. Novich*
Ivan R. Novich

Dated: September 25, 2019
Newark, New Jersey

4851-0507-0246.1 093474.1006