UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEISHA RAYSIDE,<br><br>        Plaintiff<br><br>    v.<br><br>EASTERN CONNECTION OPERATING, INC., individually and d/b/a DICOM, AT GROUP US, LLC, DICOM TRANSPORTATION GROUP, and CAPSTONE LOGISTICS, LLC,<br><br>        Defendants. | Index No. 2:19-cv-01759-NGG-CLP<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff and Defendant Capstone Logistics, LLC hereby stipulate and agree pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) that any and all claims filed herein against Defendant Capstone Logistics, LLC should be and hereby are dismissed with prejudice. Each party shall bear his or her own costs and attorneys' fees.

STIPULATED AND AGREED TO:

By: /s/ Erica L. Shnayder  
    ERICA L. SHNAYDER. ESQ  
    PHILLIPS & ASSOCIATES, PLLC  
    45 Broadway Street, Suite 430  
    New York, New York 10006  
    Phone: (212) 248-7431  
    E-Mail: eshnayder@tpglaws.com  
    Attorneys for Plaintiff

By: /s/ Colleen P. Tandy  
    COLLEEN P. TANDY, ESQ  
    FISHER & PHILLIPS LLP  
    430 Mountain Avenue, Suite 303  
    Murray Hill, New Jersey 07974  
    Phone: (908) 516-1050  
    E-Mail: ctandy@fisherphillips.com  
    Attorneys for Capstone Logistics, LLC