UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

KEISHA RAYSIDE,

                  Plaintiff,

    -against-

EASTERN CONNECTION OPERATING,
INC., individually and d/b/a DICOM, and
CAPSTONE LOGISTICS, LLC

                 Defendants.

---------------------------------------------------------------X

Civil Action No.19-cv-1759
(NGG)(CLP)

## **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Eastern Connection Operating, Inc., through their respective undersigned counsel, that the above-captioned action be dismissed as against Eastern Connection Operating, Inc., individually and d/b/a Dicom, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any party.

Dated: August 11, 2020

PHILLIPS & ASSOCIATES
*Attorney for Plaintiff*

By: _/s/ Erica L. Shnayder_
Erica L. Shnayder, Esq.
45 Broadway, Suite 430
New York, New York 10006
(212) 248-7431

JACKSON LEWIS P.C.
*Attorney for Eastern Connection Operating, Inc.*

By: _/s/ Brian J. Shenker_
Brian J. Shenker, Esq.
58 South Service Road, Suite 250
Melville, New York 11747
(631) 247-0404

SO ORDERED:

```
SO-ORDERED
/s/ Nicholas G. Garaufis, U.S.D.J.
Hon. Nicholas G. Garaufis
Date: September 17, 2020
```

4821-1632-5569, v. 1